Baltz & Guymon, for appellant; Louis Beasley, for appellee. Opinion by PRESIDING JUSTICE SCHEINEMAN. **Not to be published in full.** Opinion filed May 10, 1954; released for publication June 3, 1954.

Henry Bauer, Sr., Henry Bauer, Jr., Joseph L. Bauer and Marcus Bauer, Trading as Belleville Sheet Metal Works, Plaintiffs-Appellees, v. Margaret Smith, Defendant-Appellant.

Term No. 54–F–5. (Abstract of Decision.)

Marvin Barnes, for appellant; John R. Sprague, for appellees. Opinion by JUSTICE BARDENS. **Not to be published in full.** Opinion filed May 10, 1954; released for publication June 3, 1954.

Carl Moore and Evelyn Moore, Appellees, v. Bernard Miller, Appellant.

Gen. No. 46,227. (Abstract of Decision.)

John J. Maciejewski, for appellant; Charles D. Snewind, of counsel; Raymond L. McClory, and Louis P. Miller, for appellees. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed May 11, 1954; released for publication June 3, 1954.

## Herman Corrado, Appellant, v. Calumet Engineering Company, and Marshall J. Joyce, Appellees.

### Gen. No. 46,072. (Abstract of Decision.)

James A. Dooley, for appellant; Crowe, Yates, Abrahamson & Fisk, for appellees; Burt A. Crowe, of counsel. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed May 11, 1954; released for publication June 3, 1954.